1  ANTHONY J. ORSHANSKY, SBN 199364
   anthony@oyllp.com
2  DAVID H. YEREMIAN, Bar No. 226337
   david@oyllp.com
3  ORSHANSKY & YEREMIAN LLP
   16133 Ventura Blvd., Suite 1245
4  Encino, CA  91436
   Telephone:     818.205.1212
5  Fax No.:        818.205.1616

6  Attorneys for Plaintiff
   Abdullah Byanooni
7
   David S. Reidy (SBN 225904)
8  email: dreidy@reedsmith.com
   Ashley L. Shively (SBN 264912)
9  email: ashively@reedsmith.com
   REED SMITH LLP
10 101 Second Street
   Suite 1800
11 San Francisco, CA  94105-3659
   Telephone: +1 415 543 8700
12 Facsimile: +1 415 391 8269

13 Attorneys for Defendants
   Merrill Lynch, Pierce, Fenner & Smith, Inc.;
14 Bank of America Corporation

15

16                   UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

18 ABDULLAH BYANOONI individually and on      Case No. 3:12-cv-05270-RS
   behalf of a class and subclass of similarly situated
   individuals,                              [Related Case: *Abdullah Byanooni v. Bank of
19                                             America Corporation et al.*, case number 3:12-
                                               cv-05483-RS]
20             Plaintiff,
                                               **JOINT STIPULATION TO CONTINUE
               vs.                             CLASS CERTIFICATION AND
21                                             DISCOVERY CUTOFF; [~~PROPOSED~~]
   MERRILL LYNCH, PIERCE, FENNER &             ORDER**
22 SMITH; BANK OF AMERICA
   CORPORATION; and DOES 1 through 10,         Dept.:        Courtroom 3, SF
23 inclusive,
                                               The Honorable Richard Seeborg
24             Defendants.
                                               Complt. Filed:     August 17, 2012
25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## STIPULATION

Plaintiff Abdullah Byanooni and Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc. and Bank of America Corporation (collectively "the parties"), by and through their respective attorneys of record, agree and stipulate as follows:

WHEREAS, on January 17, 2013, Court issued a Scheduling Order providing (1) that the parties shall complete all non-expert discovery pertaining to class certification on or before March 29, 2013; and (2) setting a hearing on class certification for September 29, 2013 [Dkt. 21];

WHEREAS, the parties agreed to engage in early mediation, and for that reason, on January 28, 2013, the Court issued an order amending the Scheduling Order, and continuing the parties' deadline to complete non-expert discovery pertaining to class certification until August 1, 2013 [Dkt. 24];

WHEREAS, the parties originally agreed to mediation in March 2013, however, unforeseen circumstances have delayed the parties from engaging in mediation and the parties are now scheduled to mediate on May 1, 2013;

WHEREAS, the parties have met and conferred and agree that the delay in mediation warrants extending (1) the deadline for all non-expert discovery pertaining to class certification; and (2) the hearing on class certification.

///
///
///
///
///
///
///
///
///
///

Case No. 3:12-cv-05270-RS                          – 2 –

STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY CUTOFF;
[PROPOSED] ORDER

THEREFORE, based on the foregoing, the parties agree:

1. All non-expert discovery pertaining to class certification shall be completed on or before October 10, 2013; and

2. That all related discovery deadlines will be set per statute based off the October 10, 2013 cutoff;

3. All pretrial motions pertaining to class certification must be filed and served pursuant to Civil Local Rule 7, and shall be heard on **December 5, 2013,** or on a date selected by the clerk of the court, in Courtroom 3.

Dated:  March 19,  2013

REED SMITH, LLP

   /s/ Ashley L. Shively
Attorneys for Defendants
Merrill Lynch, Pierce, Fenner & Smith, Inc.
and Bank of America Corporation

Dated:  March 19,  2013

ORSHANSKY & YEREMIAN LLP

   /s/ Anthony J. Orshansky
*[holographic signature on file]*
Attorneys for Plaintiff Abdullah Byanooni

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# [PROPOSED] ORDER

Based on the above stipulation of the Parties, this Court hereby orders:

1.     All non-expert discovery pertaining to class certification shall be completed on or before October 10, 2013;

2.     All related discovery deadlines will be set per statute based off the October 10, 2013 cutoff;

3.     All pretrial motions pertaining to class certification must be filed and served pursuant to Civil Local Rule 7, and shall be heard on ____ December 5, 2013 at 1:30 p.m. ____, in Courtroom 3.

**SO ORDERED:**

DATED: __3/21_____, 2013

_____

RICHARD SEEBORG
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware